FILED
CLERK, U.S. DISTRICT COURT

Jan 3, 2017

CENTRAL DISTRICT OF CALIFORNIA
BY: ___PMC___ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STARR INDEMNITY & LIABILITY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>DAVID BELGER, GREG BINDE, JAMES ENGEL, JOAN ENGEL, MARK VEZZANI, LINCOLN WESTERLUND, PETE NEGRETE and JEFF DESHAZER,<br><br>Defendants. | Case No. 5:15-cv-02566-SVW-DTBx<br><br>JUDGMENT<br><br>Judge: Hon. Stephen V. Wilson<br>Dept.: 6<br>Complaint Filed: 12/16/15<br>Trial Date: None Set |

This action came before the Court, on August 29, 2016, Honorable Stephen V. Wilson, District Judge Presiding, on a Motion for Summary Judgment, and the evidence presented having been fully considered, including the initial briefing, oral arguments, and further supplemental briefing requested by the Court, the issues having been duly heard and a decision having been duly rendered,

/ / /

/ / /

/ / /

1  IT IS ORDERED AND AJUDGED that Starr Indemnity & Liability
2  Company's motion for summary judgment is denied, and that summary
3  judgment is entered *sua sponte* for the defendants David Belger, Greg Binde,
4  James and Joan Engel, Mark Vezzani, Lincoln Westerlund, Pete Negrete,
5  Jeff Deshazer, and each of them.
6  IT IS FURTHER ORDERED that plaintiff's complaint be dismissed
7  and that defendants recover their costs.

Dated: January 3, 2017

_____
HON. STEPHEN V. WILSON
DISTRICT COURT JUDGE